UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN FALLIS, and<br>SATIVA LOOKING CLOUD,<br><br>Defendants. | 3:22-mj-19<br><br>CRIMINAL COMPLAINT AND AFFIDAVIT<br><br>ASSAULT WITH A DANGEROUS WEAPON<br><br>18 U.S.C. §§ 1153, 113(a)(3), and 2 |

I, the undersigned Complainant, state the following is true and correct to the best of my knowledge and belief:

COUNT I

On or about the 16th day of February, 2022, in Mellette County, in Indian country, in the District of South Dakota, the defendants,

STEPHEN FALLIS and
SATIVA LOOKING CLOUD,

Indians, did unlawfully assault Donald Dunham, with a dangerous weapon, that is, a handgun, with intent to do bodily harm to Donald Dunham, and did aid and abet in the commission of the offense, in violation of 18 U.S.C. §§ 1153, 113(a)(3), and 2.

COUNT II

On or about the 16th day of February, 2022, in Mellette County, in Indian country, in the District of South Dakota, the defendants,

STEPHEN FALLIS and
SATIVA LOOKING CLOUD,

Indians, did unlawfully assault Waylon Wooden Knife, with a dangerous weapon, that is, a handgun, with intent to do bodily harm to Waylon Wooden Knife, and did aid and abet in the commission of the offense, in violation of 18 U.S.C. §§ 1153, 113(a)(3), and 2.









Case 3:22-mj-00019-RAL   Document 1   Filed 02/25/22   Page 6 of 8 PageID #: 6



Dated this 25th day of February 2022.

                                          Mark W. Kettell, Special Agent
                                          Rosebud Sioux Tribe
                                          Law Enforcement Services

Sworn to before me, and subscribed in my presence on this 25th day of February, 2022, at Pierre, South Dakota.

MARK A. MORENO
United States Magistrate Judge

PENALTIES:

Counts I-II: Maximum of ten (10) years of imprisonment, a $250,000 fine, or both; three (3) years of supervised release, with a violation of a condition of release possibly resulting in two (2) years of additional incarceration on any such revocation; $100 special assessment; restitution.